**Order entered April 14, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01436-CR

**SHAWN RYAN BLANKINSHIP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR17-0584**

## ORDER

The reporter's record was due January 31, 2020. When it was not timely filed, we notified court reporter Deborah Hamon by postcard dated February 4, 2020 and directed her to file the record by March 6, 2020. On March 9, 2020, Ms. Hamon filed an extension request which we granted, making the reporter's record due on March 18, 2020. To date, the reporter's record has not been filed, and we have had no communication from Ms. Hamon.

We **ORDER** the reporter's record filed **WITHIN TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brian Williams, Presiding Judge, County Court at Law; Deborah Hamon, official court reporter County Court at Law; and counsel for all parties.

/s/    CORY L. CARLYLE
JUSTICE